United States District Court

Eastern District of California

Edward Sanchez, Jr.,

    Petitioner,               No. Civ. S 01-1694 LKK PAN P

vs.                          Order

Anthony Lamarque,

    Respondent.

-oOo-

November 28, 2005, petitioner requested an extension of time to file and serve a third-amended petition.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  December 1, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge