United States District Court

Eastern District of California

Edward Sanchez, Jr.,

     Petitioner,                 No. Civ. S 01-1694 LKK PAN P

  vs.                         Order

Anthony Lamarque,

     Respondent.

-oOo-

    December 30, 2005, petitioner requested an extension of time to file and serve an amended petition.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 5, 2006.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge