United States District Court

Eastern District of California

Edward Sanchez, Jr.,

    Petitioner,　　　　　　　　　No. Civ. S 01-1694 LKK PAN P

  vs.　　　　　　　　　　　　　　Order

Anthony LaMarque, Warden,

    Respondent.

-oOo-

    February 2, 2006, petitioner requested an extension of time to file and serve a third-amended petition.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  February 7, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge