IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD SANCHEZ, Jr.,

    Petitioner,        No. CIV S-01-1694 LKK PAN P

  vs.

ANTHONY LAMARQUE,

    Respondent.       <u>ORDER</u>

_____/

       March 7, 2006, petitioner filed a request for a fifth extension of time to file and serve an amended petition.

       Good cause appearing, IT IS HEREBY ORDERED that petitioner's March 7, 2006, request is granted and petitioner has thirty days from the date of this order to file and serve an amended petition. No further extensions will be granted absent a showing of exceptional circumstances.

DATED: March 15, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

\004; sanc1694.grnt eot