1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   **EDWARD SANCHEZ, JR.**                          CIV-S-01-1694 LKK PAN P

                                    Petitioner,
14                                                   ~~Proposed~~ **ORDER GRANTING**
     v.                                              **ENLARGEMENT OF TIME**
15

16   **ANTHONY LAMARQUE,**
                                    Respondent.
17

           GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT a response to the
18
     Third Amended Petition for Writ of Habeas corpus be filed on or before July 14, 2006.
19
     Dated: May 10, 2006.
20

21

22   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28