IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD SANCHEZ, JR.**<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>**ANTHONY LAMARQUE,**<br><br>　　　　　　　　　　　Respondent. | CIV-S-01-1694 LKK PAN (JFM) P<br><br>**ORDER GRANTING<br>ENLARGEMENT OF TIME** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT a responsive brief to the Third Amended Petition for Writ of Habeas corpus be filed on or before August 14, 2006.

Dated: July 18, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/sanc1694.ext2