IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD SANCHEZ, JR.,

    Petitioner,             No. CIV S-01-1694 LKK EFB P

    vs.

ANTHONY LAMARQUE,

    Respondent.          <u>ORDER</u>

                             /

Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 15, 2006, petitioner requested a third extension of time to file and serve a reply. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's December 15, 2006, request is granted and petitioner shall file and serve a reply on or before February 8, 2007. The court does not intend to grant another request for an extension of time.

Dated: January 8, 2007.

*(signature)*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE