IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD SANCHEZ, JR.,

        Petitioner,                      No. 2:01-cv-1694 LKK KJN P

    vs.

ANTHONY LaMARQUE, et al.,

        Respondents.              ORDER

_____/

        Judgment was entered in this habeas corpus action on September 30, 2011. Thereafter, the Ninth Circuit Court of Appeals declined to consider petitioner's appeal, due to the district court's denial of a certificate of appealability. Petitioner now requests the appointment of counsel, on the ground that petitioner, "a juvenile L.W.O.P.," is concerned that his case may "die out." (See Dkt. No. 87.)

        There is no absolute right to appointment of counsel in habeas proceedings, see Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996), particularly one in which judgment has been entered. While 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of an ongoing habeas proceeding "if the interests of justice so require," Rule 8(c), Fed. R. Governing § 2254 Cases, this is not an ongoing habeas action, and the interests of justice would not be served by appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 87), is denied.  Petitioner's request for legal assistance is more appropriately directed to a pro bono legal services organization outside the court.  Petitioner shall refrain from filing any more documents in this action, as this court will not respond to any further filings herein.

SO ORDERED.

DATED:  May 23, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sanc1694.110pls